**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**UNITED STATES OF AMERICA,**

          -against-

**JOSEPH SHERESHEVSKY,**

               **Defendant**
-------------------------------------------------------x

                              **08  mj 01766**

                              **AFFIRMATION**

      PLEASE TAKE NOTICE that M ARTIN J. SIEGEL, ESQ., an attorney admitted to practice in this District due hereby appear as counsel  for the defendant **JOSEPH SHERESHEVSKY**,

      All papers and pleadings are to be directed to the undersigned at the address stated below

DATED: New York, NY
          August 14, 2008

                          Yours etc.

                          MARTIN J. SIEGEL, ESQ.
                          Attorney for Defendant JOSEPH SHERESHEVSKY
                          150 Broadway, suite 1400
                          New York, NY 10038-4401
                          Tel: (212) 349-9190
                           E Mail: Mart2u@aol.com